NO. PD-1486-14

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

granted
to 4-13-15
PC

_____

ERNEST BENL MCINTYRE
Petitioner, Appellant

V.

THE STATE OF TEXAS
Appellee

_____

FILED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

_____

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING
CONSIDERATION

_____

Ernest Benl McIntyre
202 Avenue F, Apt.#2
Moody, TX. 76557
(254) 853-9146
PETITIONER,APPELLANT PRO SE

NO. PD-1486-14

| ERNEST BENL MCINTYRE | § | IN THE |
| | § | |
| V. | § | COURT OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

## MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR REHEARING CONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT:

**COMES now,** Ernest Benl McIntyre, Petitioner, Movant pro se, and files this Motion for Extension of Time to file Motion for rehearing consideration, and in support would show:

1. Movant filed a petition for discretionary review on January 9, 2015, which was refused by this Court on February 25, 2015

2. Movant desires to move this Court for rehearing consideration of his petition for discretionary review which is due on or before March 12, 2015

3. Movant is not able to meet this deadline because he is currently released on appeal bond with a condition that he not have computer access which hinders Movant's research ability. **See EXHIBIT A.** Additionally, Movant is pro se and the closest law library to Movant's residence is in Waco, Texas, approximately 80 miles. An additional 30 days is hereby requested so that Movant may file a meritorious motion for Rehearing consideration and not for delay. There have been no other extensions requested for said motion.

1.

PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Movant prays for an additional 30 days in which to file for rehearing consideration.

Respectfully Submitted,

*Ernest Benl McIntyre*
Ernest Benl McIntyre
202 Avenue F, Apt.#2
Moody, TX. 76557
(254) 853-9146
PETITIONER, MOVANT PRO SE

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served on each party as indicated below of this 27th day of February, 2015, via U.S. mail, postage pre-paid.

Tim Copeland
930 S. Bell Blvd.,Ste. 408
Cedar Park, TX. 78613

Court appointed appellate
attorney for Movant
(Withdrawn)

Bob Odom
P.O. Box 540
Belton, TX. 76513-0540

Appellate counsel for State

State Prosecuting Attorney
Lisa C. McMinn
P.O. Box 12405, Capitol Station
Austin, TX. 78711-2405

*Ernest Benl McIntyre*
Ernest Benl McIntyre

2.

**FILED**

_____a.m._____p.m. o'clock

**DEC 12 2012**

SHELIA NORMAN
District Court, Bell County, Texas
By: Susan Montgomery, Deputy Clerk
Signed

CAUSE NO. 66,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 27TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| ERNEST BENL MCINTYRE | § | BELL COUNTY, TEXAS |

## ORDER CONTAINING CONDITIONS OF APPEAL BOND

On this the 12th day of December 2012, came to be heard the above styled and numbered cause. The Court, having previously set an appeal bond in the amount of $90,000, now enters the following Order containing conditions of said bond:

1. The defendant is to remain in Bell County, Texas. OR *McLennan Co. Tx*

2. The defendant is to report weekly as directed to Bell County CSCD sex offenders officer and participate in sex offender treatment as directed by community supervision.

3. The defendant is to undergo random UA testing as requested by CSCD.

4. The defendant shall have no contact, direct or indirect, with females under eighteen (18) years of age.

5. The defendant shall have no access to computers or the internet.

6. The defendant shall not go within 1,000 feet of a school zone.

ENTERED THIS THE ___12___ day of December, 2012.

_____
JUDGE

EXHIBIT A